UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL SASHINGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOGAN, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-00926-APG-EJY<br><br>**ORDER** |

On May 16, 2024, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff submitted an inmate trust fund account statement and a financial certificate, but she did not submit an IFP application on this Court's approved form. ECF No. 1; 28 U.S.C. § 1915(a); Local Rule LSR 1-1.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **July 24, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **July 24, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 1-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 22nd day of May, 2024.

 _____
 ELAYNA J. YOUCHAH
 UNITED STATES MAGISTRATE JUDGE