UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL SASHINGER,<br><br>    Plaintiff<br><br>v.<br><br>LOGAN, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00926-APG-EJY<br><br>**Order Dismissing Action<br>Without Prejudice** |

**I.   DISCUSSION**

Plaintiff Crystal Sashinger has filed a motion to consolidate this case with 2:24-cv-00886-GMN-NJK. ECF No. 6.  Sashinger asserts that she filed duplicative cases because she did not know that she was supposed to use e-filing instead of mailing her case to the court. *Id.*  To avoid future confusion, she seeks to consolidate these identical cases. *Id.*

After receiving the instant case in the mail, the Clerk's Office docketed this case on May 16, 2024. ECF No. 1-1.  After receiving Sashinger's other case, 2:24-cv-00886-GMN-NJK, through e-filing, the Clerk's Office docketed that case on May 13, 2024. *See Sashinger v. Logan*, 2:24-cv-00886-GMN-NJK at ECF No. 1-1.

"Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008) (internal quotation marks omitted).  Courts have "discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding with it, or to consolidate both actions." *Id*. (internal quotation marks omitted).  "[I]n assessing whether the second action is duplicative of

the first, we examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same." *Id*. at 689.

Here, Sashinger acknowledges that she mistakenly filed duplicative lawsuits because she both mailed and e-filed her lawsuits.[1] Because Sashinger cannot maintain both identical lawsuits in this court, I will dismiss this action, the latter-filed action, without prejudice. Sashinger is directed to pursue her claims in her earlier-filed lawsuit, 2:24-cv-00886-GMN-NJK.

## II. CONCLUSION

I THEREFORE ORDER that this action is dismissed without prejudice because Sashinger mistakenly filed a duplicative action in this court. Sashinger is directed to pursue her claims in her earlier-filed case, 2:24-cv-00886-GMN-NJK.

I ORDER that the Clerk of the Court close this case.

DATED this 29th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Because Sashinger mistakenly filed duplicative lawsuits and promptly notified the court, this dismissal does not constitute a strike under 28 U.S.C. § 1915(g).